# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

FILED
07/28/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

1:23-cv-1426-JMS-MKK

## 28 U.S.C. § 2254 HABEAS CORPUS PETITION
## CHALLENGING A PRISON DISCIPLINARY PROCEEDING

[This form is for a State prisoner to challenge <u>one prison disciplinary proceeding</u>. If you want to challenge more than one, you must file a separate form for each one. If you are challenging a State court or federal conviction, you need a different form.]

| Name (under which you were convicted): Monwell Douglas | Case No. [For a new case in this court, leave blank. The court will assign a case number.] IYC-23-000145 |
|---|---|
| Place of Confinement: Plainfield Correctional Facility | Earliest Possible Release Date: 8/11/2030 |

[Once you know your case number, it is <u>VERY IMPORTANT</u> that you include it on <u>everything</u> you send to the court for this case. DO NOT send more than one copy of anything to the court. NEATLY print in ink (or type) your answers.]

1. Name of facility holding the hearing: Plainfield Correctional Facility
   Date of hearing: 4/19/2023. Case number: IYC-23-000145
   Offense: Use or Possession of a Cellular Device
   Code # A-121.   Did you plead guilty? ☐ Yes. ☑ No.

2. Lost earned credit time? ☐ No. ☑ Yes, I lost 90 days earned credit time.
   Was the loss of earned credit time suspended? ☑ No. ☐ Yes, it was suspended until: ___/___/___.
   If suspended, has it been imposed? ☐ No. ☐ Yes, it was imposed on: ___/___/___.

3. Demoted in credit class? ☐ No. ☑ Yes, I was demoted from Class 1 to Class 2.
   Was the demotion suspended? ☑ No. ☐ Yes, it was suspended until: ___/___/___.
   If suspended, has it been imposed? ☐ No. ☐ Yes, it was imposed on: ___/___/___.

4. Appealed to the Superintendent? ☐ No. ☑ Yes, the result was: Denied

5. Appealed to Final Reviewing Authority? ☐ No. ☑ Yes, the result was: Denied

6. Previously challenged this disciplinary hearing in <u>federal</u> court? ☐ No. ☑ Yes, case number: do not recall

7. Are you paying the $5.00 filing fee?
   ☑ Yes, I have authorized prison officials to deduct the money from my prisoner trust fund account and send it to the court.

   ☐ No, I have attached a separate Prisoner Motion to Proceed In Forma Pauperis AND a copy of my inmate trust fund ledger for the past six months BECAUSE I have less than $15.00 now AND I have received an average of less than $15.00 a month during the past six months.

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

# GROUNDS RAISED IN THIS HABEAS CORPUS PETITION

[*Explain why the prison disciplinary hearing violated the Constitution, laws, or treaties of the United States. Write the facts supporting each ground. Use simple English words and sentences. Do not use legal terms or quote from cases or statutes. If you want to submit a legal brief or arguments, attach a separate memorandum.*

**CAUTION: If you do not present every ground in this petition, you may be barred from doing so later.**]

**GROUND ONE:** [*Briefly describe your claim.*] The result reached by the DHO officer by failing or refusing to provide evidence requested by Douglas. This was a due process violation.

Supporting Facts: [*Do not argue or cite law. Just state the specific facts that support your claim.*]
Douglas requested evidence in the form of video from the hallway between G&H units to show that the narrative the reporting officer provided was not the same as the actual event. The alleged action of catching Douglas "making use of a cellular device inside the bathroom" does not follow the rest of the narrative. The narrative states that I would be receiving a conduict for possession, not use when it was the officer's instruction to hand him the shorts which had a cell phone within them. The shorts should have been included in the evidence given they were separate from the attire I had on. Contrary to the appeal response, I did ask for evidence that was not provided and had been provided my credibility would have carried more weight than it did. The video would have provided a timeline to when the repoprting officer claims to have found the cell phone and the duration from when he departed the hallway he claims to discover it. I was afforded that defense without the evidence.

Did you present Ground One to the Final Reviewing Authority? ✓ Yes. ○ No, because _____

**GROUND TWO:** [*Briefly describe your claim.*] DHB staff and Respondent refused to hold a new hearing once a provided a sworn statement from the inmate for whom the cell phone belonged to.

Supporting Facts: [*Do not argue or cite law. Just state the specific facts that support your claim.*]
The final reviewing authority declined to revisit the finding of guilty albeit newly discovered evidence in the form of a sworn statement given by the actual offending inmate was provided. Petitioner says here that since the respondent was made aware of the evidence prior to making a final determination as the final reviewing authority that it follows that it should have been sent back for rehearing in the very least. Petitioner argues that the failure deprived him of the due process constitutionally required in disciplinary actions. The board should have been afforded an opportunity to weigh credibility to the offered evidence. Inconsistency in when hearings are held should not work against the Petitioner as it has here. Clearly the evidence utilized in these circumstances was not so overwhelming as to preclude the use of the statement in favor of the petitioner and then continue an investigation based on it.

Did you present Ground Two to the Final Reviewing Authority? ✓ Yes. ○ No, because _____

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

**GROUND THREE:** [Briefly describe your claim.] _____

_____

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]

_____

_____

_____

_____

_____

_____

_____

_____

_____

Did you present Ground Three to the Final Reviewing Authority? ☐ Yes ☐ No, because _____

_____

## DOCUMENTS

I have attached these documents from this disciplinary hearing: [Check all that apply.]

- ☐ Report of Conduct
- ☐ Screening Report
- ☒ Report of Disciplinary Hearing
- ☒ Letter from the Final Reviewing Authority
- ☐ Other relevant documents: _____

## RELIEF

I ask for the following relief: I am seeking reversal of the sanctions imposed and the ability to have the matter go through a re-hearing. And the conduct removed from my prison record.

_____ or any other relief to which I may be entitled.

## DECLARATION AND SIGNATURE

I placed this petition in the prison mail system on  7 / 27 /20 23  at  1:00  am/pm.
    [Do not fill in this date and time until you give this petition to prison officials to send to the court.]

I declare under penalty of perjury that all of the statements in this petition are true and agree I will promptly notify the court of any change of address.

Signature: *Monwell Douglas*

150812
Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]