UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MONWELL DOUGLAS, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) No. 1:23-cv-01426-JMS-MKK |
| WARDEN, | ) ) ) |
| Respondent. | ) ) |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT in this action in favor of the respondent and against the Petitioner, Monwell Douglas.

Mr. Douglas's petition for writ of habeas corpus is denied and the action is terminated.

Date: 6/18/2024

*[signature]*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: _[signature]_
Deputy Clerk

Distribution:

MONWELL DOUGLAS
150812
PLAINFIELD - CF
PLAINFIELD CORRECTIONAL FACILITY
Electronic Service Participant – Court Only

All Electronically Registered Counsel